No. D–98. IN RE DISBARMENT OF RENSHAW. It is ordered that Robert E. Renshaw, of Springfield, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 75–1126. TRANS WORLD AIRLINES, INC. v. HARDISON ET. AL.; and

No. 75–1385. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, ET AL. v. HARDISON ET AL. C. A. 8th Cir. [Certiorari granted, 429 U. S. 958.] Motion of National Jewish Commission on Law and Public Affairs for leave to participate in oral argument as *amicus curiae* in support of respondents granted.

No. 75–1874. JONES, SECRETARY, DEPARTMENT OF CORRECTION OF NORTH CAROLINA, ET AL. v. NORTH CAROLINA PRISONERS' LABOR UNION, INC. Appeal from D. C. E. D. N. C. [Probable jurisdiction noted, 429 U. S. 976.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* granted and five additional minutes allotted for that purpose.

No. 75–6909. MANESS v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir. [Certiorari granted, 429 U. S. 893.] Motion of George R. Georgieff, Esquire, to permit Arthur Joel Berger, Esquire, to argue *pro hac vice* on behalf of respondent granted. Motion of petitioner for additional time for oral argument, or in the alternative for divided argument, denied. Motion to strike portions of respondent's brief denied.